1 | **DONALD P. DORFMAN**
**Attorney at Law SBN 031935**
2 | **3000 T Street, Suite 110**
**Sacramento, CA  95816**
3 | **Telephone: (916) 451-8834**
**Fax:(916) 451-8837**
4 |
5 | **Attorney for: Lisa Sepulveda**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR-S-03-448 FCD |
|---|---|
| Plaintiff, | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| v. | Date: No date |
| | Time: No time |
| LISA SEPULVEDA, | Judge Frank C. Damrell |
| Defendant. | |

On or about November 26, 2003, a $40,000 appearance bond, secured by a deed against the real property of Lisa Sepulveda, was posted on behalf of Lisa Sepulveda No. CR.S-03-0448. Ms. Lisa Sepulveda had been arrested in this district based upon an indictment filed in this district.

On November, 2005, Ms. Lisa Sepulveda was sentenced in this case to 36 months of probation with a $1,000 fine.  A copy of that Judgment order is attached as an exhibit to this request.

It is hereby requested that the $40,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors.

Dated: 26 December, 2005

Respectfully submitted,
Law office of

_____

DONALD P. DORFMAN

IT IS HEREBY ORDERED that the bail bond in the amount of $40,000.00 posted by Lisa Sepulveda and secured by a Deed of Trust for her home, 2744 Wausa Way, Stockton, CA 95206 is hereby exonerated.

DATED:   December 30, 2005

/s/ Frank C. Damrell Jr.
**Judge Frank C. Damrell JR.**
**U. S. District Court Judge**