**RECOMMENDATION TERMINATING
PROBATION PRIOR TO EXPIRATION DATE**



FILED
OCT 16 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) vs. ) | **Docket Number: 2:03CR00448-02** |
| ) | |
| **Lisa SEPULVEDA** ) | |

### LEGAL HISTORY:

On November 21, 2005, the above-named was sentenced to 3 years Probation which commenced on November 21, 2005. Special conditions included: Warrantless search; Drug/alcohol testing; Co-payment for testing; and 50 hours of Community Service.

### SUMMARY OF COMPLIANCE:

Ms. Sepulveda has complied with all conditions and special conditions of Probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that she has derived maximum benefit from supervision and is not in need of continued supervision.

RE:     Lisa SEPULVEDA
        Docket Number:   2:03CR00448-02
        **RECOMMENDATION TERMINATING**
        **PROBATION PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Probation in this case be terminated early.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated:      September 23, 2008
            Elk Grove, California
            DAS/cj

cc:     AUSA Kenneth J. Melikian (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:03CR00448-02** |
| ) | |
| **Lisa SEPULVEDA** ) | |

On November 21, 2005 the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated:   September 23, 2008
         Elk Grove, California
         DAS/cj

**RE:   Lisa SEPULVEDA**
**Docket Number:   2:03CR00448-2**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

10/16/08
Date

Frank C. Damrell, Jr.
**United States Distict Judge**

DAS/cj

Attachment:   Recommendation

cc:   United States Attorney's Office